UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. No.: 0:98-1126-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RAWLE ANTHONY COLE | ) | |
| _____ | ) | |

The defendant has filed a *pro se* "Motion to Modify or Reduce Sentence 18 U.S.C. §3582(c)(2)." The government is respectfully requested to respond to this motion within thirty days.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

Joseph F. Anderson, Jr.
United States District Judge

July 23, 2012
Columbia, South Carolina